IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HIP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-546 (CFC) |
| | ) | |
| HORMEL FOODS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

WHEREAS, Plaintiff HIP, Inc. ("HIP") filed its original complaint in C.A. No. 18-802 (the "2018 Action") on May 29, 2018, and an amended complaint on August 6, 2018, asserting, inter alia, claims against Defendant Hormel Foods Corporation ("Hormel") for correction of inventorship of U.S. Patent No. 9,980,498 (the "'498 Patent") (D.I. 21);

WHEREAS, on April 15, 2021, HIP filed the above-captioned new action, C.A. No. 21-546 (the "2021 Action"), asserting the same correction of inventorship claims asserted in the 2018 Action (*see* D.I. 153);

WHEREAS, on June 1, 2021, the Court adopted the parties' stipulation to extend the time for Hormel to respond to the 2021 Action to June 11, 2021;

WHEREAS, the parties have agreed to submit briefing to the Court regarding their dispute on the dismissal of the 2018 Action;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, subject to the approval of the Court, as follows:

1.      Hormel will not challenge standing in the 2021 Action or bring a motion to dismiss the 2021 Action, but instead will answer the Complaint by June 11, 2021, and assert the same defenses that Hormel asserted in its Amended Answer in the 2018 Action (D.I. 33);

2.      Upon the Court's issuance of an order setting the Rule 16(b) conference, the parties will prepare/negotiate a Rule 26(f) Report in the 2021 Action to effectuate an efficient process to trial, subject to the limitations agreed to in this stipulation;

3.      All discovery from the 2018 Action, including without limitation: (i) fact discovery, including document production and deposition testimony; and (ii) expert discovery, including expert reports and deposition testimony, shall be adopted and deemed to apply as if it were conducted in the 2021 Action;

4.      All claims, defenses, and issues contained in the [Proposed] Pretrial Order filed in the 2018 Action (C.A. No. 18-802, D.I. 133) are preserved (other than the standing challenge) and no new claims or defenses may be raised in the 2021 Action, nor may any additional pretrial motions be filed;

5.      All pending motions to exclude expert opinions filed in the 2018 Action (D.I. 110, 112, and 117) shall be deemed filed in the 2021 Action;

6.      The parties agree to file, by the deadline established by the Court, a revised [Proposed] Pretrial Order in the 2021 Action in accordance with the Court's case schedule, in substantially the same form as the [Proposed] Pretrial Order filed in the 2018 Action (C.A. No. 18-802, D.I. 133), but omitting the standing challenges raised therein; and

7.      The parties respectfully request that the Court set a Scheduling Conference at the Court's earliest convenience for purposes of establishing a schedule for the Pretrial Order, Pretrial Conference, and Trial, with the parties submitting a proposed Scheduling Order no later than one week prior to the conference.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn

Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@morrisnichols.com
mflynn@morrisnichols.com

POTTER ANDERSON & CORROON LLP

/s/ Bindu A. Palapura

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

OF COUNSEL:

Jerry R. Selinger
Susan E. Powley
PATTERSON + SHERIDAN LLP
1700 Pacific Avenue, Suite 2650
Dallas, TX  75201
(214) 272-0958

B. Todd Patterson
PATTERSON + SHERIDAN LLP
24 Greenway Plaza, Suite 1600
Houston, TX  77046
(713) 623-4844

Dennis Brown
BROWN PATENT LAW, P.L.L.C.
2700 N. Hemlock Ct., Suite 111 E
Broken Arrow, OK  74012
(918) 615-3357

*Attorneys for HIP, Inc.*

 June 7, 2021

OF COUNSEL:

Kurt J. Niederluecke
Timothy M. O'Shea
Laura L. Myers
Barbara Marchevsky
FREDRIKSON & BYRON P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Tel: (612) 492-7000

*Attorneys for Hormel Foods
Corporation*

**IT IS SO ORDERED**, this **____** day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE