# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HIP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-546-CFC |
| v. | ) |
| | ) |
| HORMEL FOODS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S *DAUBERT* MOTION TO EXCLUDE CERTAIN OPINIONS OF RULE 26(A)(2)(C) WITNESS DAVID HOWARD

Defendant Hormel Foods Corporation respectfully moves the Court to exclude certain opinion testimony identified in Plaintiff HIP, Inc.'s Rule 26(a)(2)(C) disclosures for David Howard that violate the scope of permissible testimony under that rule. The grounds for this Motion are set forth in the opening brief, filed herewith. A proposed order is attached.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Kurt J. Niederluecke<br>Timothy M. O'Shea<br>Barbara Marchevsky<br>FREDRIKSON & BYRON P.A.<br>200 South Sixth Street, Suite 4000 Minneapolis, MN  55402<br>Tel:  (612) 492-7000<br><br><br>Dated:  September 1, 2021<br>6922156 / 45175 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Bindu A. Palapura*<br>       David E. Moore (#3983)<br>       Bindu A. Palapura (#5370)<br>       Stephanie E. O'Byrne (#4446)<br>       Hercules Plaza, 6th Floor<br>       1313 N. Market Street<br>       Wilmington, DE  19801<br>       Tel:  (302) 984-6000<br>       dmoore@potteranderson.com<br>       bpalapura@potteranderson.com<br>       sobyrne@potteranderson.com<br><br>*Attorneys for Defendant Hormel Foods Corporation* |